**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WHATEVER, LLC,

    Appellant,                                             Case Number 2:12-cv-01589-GL

    v.

WELLS FARGO BANK, N.A., AS
SUCCESSOR TO LASALLE BANK,                  Appeal related to Case Number 11-26288-
NATIONAL ASSOCIATION, AS                    JAD in the United States Bankruptcy Court
TRUSTEE FOR THE REGISTERED                  for the Western District of Pennsylvania
CERTIFICATEHOLDERS OF BANC OF
AMERICA COMMERCIAL MORTGAGE,
INC., COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2001-PBI,

    Appellee.

## ORDER OF COURT

    AND NOW, this __22nd__ day of _____April_____, 2013, upon consideration of the Consented to Motion for Extension of Time to File Brief filed by Appellee, Wells Fargo Bank, N.A., as successor to LaSalle Bank National Association, As Trustee For The Registered Certificateholders Of Banc Of America Commercial Mortgage, Inc., Commercial Mortgage Pass-Through Certificates, Series 2001-PB1, IT IS HEREBY ORDERED that the Consented to Motion is GRANTED and the parties shall proceed as follows:

1)     Noteholder is hereby granted an additional one-month extension within which to file its Appellate Brief in this matter. Noteholder will file its Appellate Brief in this matter on or before May 20, 2013.

2)     Debtor will file any Reply to Noteholder's Appellate Brief in this matter on or before June 3, 2013.

                                                                         s/Gary L. Lancaster                    ,C.J.

                                                                         Hon. Gary L. Lancaster, Chief U.S District Judge

153965v1